IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AYAN ALI,<br><br>        *Plaintiff,*<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>        *Defendant.* | Civil Action No. 1:21-cv-139<br>Hon. Liam O'Grady |

**ORDER**

This matter comes before the Court on the Parties' Joint Stipulation of Dismissal. Dkt. 25. Upon consideration of the stipulation and pursuant to Federal Rule of Civil Procedure 41(a), the civil action is **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, attorney's fees, and expenses.

It is so **ORDERED**.

April 13, 2022
Alexandria, Virginia

_____
Liam O'Grady
United States District Judge